No. 43499.—Protests 757969–G, etc., of M. Katz & Co. et al. (San Francisco).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the cocoa fiber pile mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.

No. 43500.—Protests 787710–G, etc., of Ades Bros., Inc., et al. (San Francisco).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE THIRD DIVISION, APRIL 16, 1940

No. 43501.—Protest 961957–G of Oriental Seed & Plants Co. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Herbst* (24 C. C. P. A. 270, T. D. 48688) and Abstract 36729 mustard seeds, whole, were held dutiable at 2 cents per pound under paragraph 781 as claimed.

No. 43502.—Protests 948999–G, etc., of Chong Kee Jan & Co. et al. (San Francisco).

Opinion by EVANS, J. It was stipulated that the merchandise in question is similar to that the subject of Abstract 41800. The claim at 25 percent under paragraph 718 (b) was therefore sustained.

No. 43503.—Protest 868084–G of J. A. Forrest (St. Albans).

Opinion by EVANS, J. It was stipulated that the merchandise consists of feeding oatmeal similar to that the subject of Abstract 42756. The claim at 10 percent under paragraph 730 was therefore sustained.

No. 43504.—Protest 18838–K of Renken & Yates Smith Corp. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Renken* v. *United States* (1 Cust. Ct. 309, C. D. 73) the Cheddar sandwiches in question were held dutiable at 20 percent under paragraph 1558 as claimed.